IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | ) CRIMINAL NO. 21-CR-30166-DWD<br>) |
| TIMOTHY W. BAUGH,<br>JOHN A. GARCIA, and<br>JODY D. LOEH, | ) Title 21, United States Code,<br>) Sections 841 and 846<br>) Title 18, United States Code,<br>) Sections 922 and 924 |
| Defendant. | ) |

FILED
NOV 0 2 2021
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

### INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1
### CONSPIRACY TO DISTRIBUTE AND POSSESS WITH INTENT TO DISTRIBUTE CONTROLLED SUBSTANCES: METHAMPHETAMINE AND COCAINE

Beginning at an unknown time but at least by in or about April 2020, and continuing until on or about October 7, 2021, in St. Clair County, within the Southern District of Illinois, and elsewhere,

**TIMOTHY W. BAUGH,
JOHN A. GARCIA, and
JODY D. LOEH**

defendants herein, did conspire and agree together and with others, known and unknown to the Grand Jury, to knowingly and intentionally distribute and possess with intent to distribute controlled substances, to wit: Methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii); and Cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(ii); all in violation of Title 21, United States Code, Section 846.

The total amount of a mixture or substance containing a detectable amount of Methamphetamine, a Schedule II Controlled Substance, involved in the conspiracy, which was reasonably foreseeable to all defendants, was 500 grams or more.

The total amount of a mixture or substance containing a detectable amount of Cocaine, a Schedule II Controlled Substance, involved in the conspiracy, which was reasonably foreseeable to TIMOTHY W. BAUGH and JOHN A. GARCIA, was 5 kilograms or more.

## COUNT 2
### DISTRIBUTION OF CONTROLLED SUBSTANCE: METHAMPHETAMINE

On or about September 27, 2021, in St. Clair County, within the Southern District of Illinois,

**TIMOTHY W. BAUGH,**

defendant herein, did knowingly and intentionally distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii).

## COUNT 3
### POSSESSION OF A FIREARM IN FURTHERANCE OF A DRUG TRAFFICKING CRIME

On September 27, 2021, in St. Clair County, within the Southern District of Illinois,

**TIMOTHY W. BAUGH,**

defendant herein, did knowingly possess a .357 revolver, serial number unknown, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, to wit: Distribution of Controlled Substance: Methamphetamine, as charged in Count 2, all in violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT 4
### POSSESSION WITH INTENT TO DISTRIBUTE CONTROLLED SUBSTANCE: METHAMPHETAMINE

On or about October 7, 2021, in St. Clair County, within the Southern District of Illinois,

**TIMOTHY W. BAUGH,**

defendant herein, did knowingly and intentionally possess with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

## COUNT 5
### POSSESSION WITH INTENT TO DISTRIBUTE CONTROLLED SUBSTANCE: COCAINE

On or about October 7, 2021, in St. Clair County, within the Southern District of Illinois,

**TIMOTHY W. BAUGH,**

defendant herein, did knowingly and intentionally possess with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(ii).

## COUNT 6
### FELON IN POSSESSION OF A FIREARM

On or about October 7, 2021, in St. Clair County, within the Southern District of Illinois,

**TIMOTHY W. BAUGH,**

defendant herein, knowingly possessed a firearm in and affecting commerce, that is, an Anderson, model AM-15, 5.56mm caliber rifle, serial number 20218051; SCCY, model CPX-2, 9mm caliber pistol, serial number 364359; Beretta, model 70S, .22 LR caliber pistol, serial number B39399U; Harrington & Richardson, .32 caliber revolver, serial number 82901; CMMG, model MK10 Banshee, 10mm caliber pistol, serial number CAP00682; and Mossberg, model 835 Ulti-Mag, 12-gauge shotgun, serial number UM547316; having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, and knowing that he had

been convicted of such a crime, all in violation of Title 18, United States Code, Section 922(g)(1) and 924(a)(2).

## FORFEITURE ALLEGATIONS

As a result of the foregoing offenses described in Counts 3 and 6,

**TIMOTHY W. BAUGH,**

defendant herein, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in or used in any knowing violation of the offenses described in Counts 3 and 6 of this Indictment, including, but not limited to, the following:

    **One Anderson, model AM-15, 5.56mm caliber rifle, serial number 20218051;**

    **One SCCY, model CPX-2, 9mm caliber pistol, serial number 364359;**

    **One Beretta, model 70S, .22 LR caliber pistol, serial number B39399U;**

    **One Harrington & Richardson, .32 caliber revolver, serial number 82901;**

    **One CMMG, model MK10 Banshee, 10mm caliber pistol, serial number CAP00682;**

    **One Mossberg, model 835 Ulti-Mag, 12-gauge shotgun, serial number UM547316; and**

    **Any and all ammunition contained therein or seized therewith.**

As a result of the foregoing offenses described in Counts 1, 2, 4, and 5,

**TIMOTHY W. BAUGH,**

defendant herein, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853(a), any and all property constituting, or derived from, any proceeds said defendant obtained, directly or indirectly, as a result of said violations, including, but not limited to, the following:

    **$12,415.00 in United States Currency;**

    **$66,480.00 in United States Currency; and**

    **$4,000.00 in United States Currency.**

As a result of the foregoing offense described in Count 1,

**JOHN A. GARCIA,**

defendant herein, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853(a), any and all property constituting, or derived from, any proceeds said defendant obtained, directly or indirectly, as a result of said violations, including, but not limited to, the following:

$60,503.00 in United States Currency.

**A TRUE BILL**

*Amanda M. Fischer*
AMANDA M. FISCHER
Assistant United States Attorney

*Signature*
Digitally signed by
STEVEN WEINHOEFT
Date: 2021.10.29 15:44:40
-05'00'

STEVEN D. WEINHOEFT
United States Attorney

Recommended Bond: Detention