IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 21-CR-30166-DWD |
| | ) | |
| JOHN A. GARCIA, | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF FACTS

The Government and the Defendant agree and stipulate as follows:

1. Beginning on an unknown date but at least by in or about April 2020, and continuing until October 7, 2021, John A. Garcia agreed to and conspired to distribute methamphetamine and cocaine with coconspirators Timothy W. Baugh, Jody D. Loeh, and others, in St. Clair County, Illinois, within the Southern District of Illinois, and elsewhere.

2. In furtherance of that conspiracy, Garcia distributed methamphetamine and cocaine to Baugh. Many times, those drugs were provided on consignment to Baugh. Thereafter, Baugh distributed drugs to other individuals, including Loeh, often using an intermediary, for further distribution by Loeh.

3. On October 7, 2021, agents arrested Baugh and searched his residence in Dupo, Illinois, pursuant to a search warrant. They located 8,423 grams of methamphetamine and 746.7 grams of cocaine, and at least some of those drugs were distributed to Baugh by Garcia a few days before the search warrant was executed.

4. Throughout the course of the investigation, agents determined that Garcia had been supplying Baugh with controlled substances for approximately one-and-a-half years, for a total of at least seven kilograms of cocaine and ten kilograms of methamphetamine.

5. Later that same day, Garcia was interviewed. He admitted that he previously distributed ten kilograms of methamphetamine to Baugh. Agents also located $60,503 of drug proceeds in Garcia's vehicle.

6. Garcia stipulates that the facts set forth above prove beyond a reasonable doubt the conduct charged in Count 1 of the Indictment.

7. Garcia stipulates that the total amount of a mixture or substance containing a detectable amount of methamphetamine involved in the conspiracy which was reasonably foreseeable to all named defendants was 500 grams or more, and the total amount of a mixture or substance containing a detectable amount of cocaine involved in the conspiracy which was reasonably foreseeable to Baugh and Garcia was 5 kilograms or more.

**So Stipulated.**

UNITED STATES OF AMERICA,

STEVEN D. WEINHOEFT
United States Attorney

JOHN A. GARCIA
Defendant

AMANDA M. FISCHER
Assistant United States Attorney

BENEDICT Y. SONG
Attorney for Defendant

Date: March 22, 2023

Date: 3/30/22