AO 245B (SDIL Rev. 7/21) Judgment in a Criminal Case

Judgment Page 2 of 9

DEFENDANT: JOHN A. GARCIA
CASE NUMBER: 3:21-CR-30166-DWD-2

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: **200 months as to Count 1 of the Indictment.**

☒ The court makes the following recommendations to the Bureau of Prisons:
**The Court requests that Defendant be considered for the RDAP Program or, if he is not eligible for that program for any reason, that he receives other substance abuse treatment. The Court also recommends placement at FCI Seagoville in Texas to be near his family.**

☐ The defendant is remanded to the custody of the United States Marshal.
☐ The defendant shall surrender to the United States Marshal for this district:
  ☐ at _____ ☐ a.m. ☐ p.m. on
  ☐ as notified by the United States Marshal.

☒ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ before 2 p.m. on
  ☒ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on __11/28/23__ to __BOP__
at __FCI Seagoville__, with a certified copy of this judgment

F. Aguirre
Case Manager.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

F. Aguirre